UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| YOUNGLOVE, KIP MARTIN | § | Case No. 10-32516 |
| YOUNGLOVE, KRISTIN LYNNE | § | |
| | § | |
| | § | |
| Debtors | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 South Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 12/04/2015 in Courtroom ,
Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/04/2015            By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
YOUNGLOVE, KIP MARTIN                 §    Case No. 10-32516
YOUNGLOVE, KRISTIN LYNNE              §
                                      §
           Debtors                    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 236,410.00 |
| and approved disbursements of | $ | 107,115.31 |
| leaving a balance on hand of[1] | $ | 129,294.69 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 8,503.44 | $ 0.00 | $ 8,503.44 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 59.37 | $ 0.00 | $ 59.37 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 8,562.81 |
| Remaining Balance | $ 120,731.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,729.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 1,460.00 | $ 0.00 | $ 1,460.00 |
| 000002 | Capital One Bank (USA), N.A. | $ 1,294.14 | $ 0.00 | $ 1,294.14 |
| 000003 | PYOD, LLC its successors and assigns as | $ 975.57 | $ 0.00 | $ 975.57 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,729.71 |
| | Remaining Balance | | | $ 117,002.17 |

Tardily filed claims of general (unsecured) creditors totaling $ 595.06 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Chase Bank USA, N.A. | $ 595.06 | $ 0.00 | $ 595.06 |
| | Total to be paid to tardy general unsecured creditors | | | $ 595.06 |
| | Remaining Balance | | | $ 116,407.11 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 65.96 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 116,341.15 .

Prepared By: /s/Peter N. Metrou
                                    Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Kip Martin Younglove  
Kristin Lynne Younglove  
    Debtors

Case No. 10-32516-BWB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: dpruitt    Page 1 of 2    Date Rcvd: Nov 05, 2015  
                      Form ID: pdf006    Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2015.
```
db/jdb         +Kip Martin Younglove,    Kristin Lynne Younglove,    10209 Edgewood Dr,
                 Anderson Island, WA 98303-9769
15883491     ++++ASPIRE/CB&T,    ATTN: BANKRUPTCY DEPT.,    9 CORPORATE RIDGE PKWY,    COLUMBUS GA 31907-3049
               (address filed with court: Aspire/CB&T,    Attn: Bankruptcy Dept.,    9 Mutec Dr,
                 Columbus, GA 31907)
15883503       +Allied Waste Services,    Attn: Bankruptcy Dept.,    PO Box 9001154,    Louisville, KY 40290-1154
15883492       +Aspire,    Attn: Bankruptcy Dept.,    Po Box 105555,    Atlanta, GA 30348-5555
15883483       +BANK OF America,    Attn: Bankruptcy Dept.,    201 N Tryon St,    Charlotte, NC 28202-1331
15883490      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond, VA 23285)
15883478       +CHASE,    Attn: Bankruptcy Dept.,    201 N Walnut St # De1-10,    Wilmington, DE 19801-2920
15883493       +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
15883482       +Capital ONE, N.A.,    Attn: Bankruptcy Dept.,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
22790736        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
23510667        Chase Bank USA, N.A.,    Attn Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
15883480       +Citibank N A,    Attn: Bankruptcy Dept.,    701 E 60Th St N,    Sioux Falls, SD 57104-0493
15883486       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
15883487       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
15883495       +Fifth Third BANK,    Attn: Bankruptcy Dept.,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
15883498      ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court: HSBC/Bsbuy,    Attn: Bankruptcy Dept.,    Po Box 15519,
                 Wilmington, DE 19850)
15883500       +HSBC BANK,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
15883479       +Harris & Harris LTD,    Attn: Bankruptcy Dept.,    600 W Jackson Blvd Ste 4,
                 Chicago, IL 60661-5675
15883497       +SST/COLUMBUS BANK&TRUS,    Attn: Bankruptcy Dept.,    Po Box 3997,    Saint Joseph, MO 64503-0997
15883488       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
15883484       +Vericrest,    Attn: Bankruptcy Dept.,    Po Box 24610,    Oklahoma City, OK 73124-0610
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15883489       +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2015 00:38:18      GEMB/DISCOUNT TIRES,
                 Attn: Bankruptcy Dept.,    Po Box 981439,    El Paso, TX 79998-1439
15883494        E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2015 00:38:18      GEMB/JCP,
                 Attn: Bankruptcy Dept.,    Po Box 984100,    El Paso, TX 79998
15883502       +E-mail/Text: des.claimantbankruptcy@illinois.gov Nov 06 2015 00:42:54
                 IL Dept. Employment Security,    Bankruptcy Department,    33 S. State St., # 992,
                 Chicago, IL 60603-2803
23039168       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 06 2015 00:38:09
                 PYOD, LLC its successors and assigns as assignee,    of Roundup Funding L.L.C.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15883496*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond, VA 23285)
15883481*      +Citibank N A,    Attn: Bankruptcy Dept.,    701 E 60Th St N,    Sioux Falls, SD 57104-0493
15883501*      +HSBC BANK,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
15883499      ##+BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 17054,    Wilmington, DE 19850-7054
15883485      ##+Personal Finance CO,    Attn: Bankruptcy Dept.,    1020 W Jefferson St,    Joliet, IL 60435-7379
                                                                                  TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dpruitt              Page 2 of 2                  Date Rcvd: Nov 05, 2015
                              Form ID: pdf006            Total Noticed: 25
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2015 at the address(es) listed below:
              Bradley J Waller    bjwtrustee@ksbwl.com,   bwaller@ecf.epiqsystems.com
              Denise A Delaurent    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
              Jason A. Kara    on behalf of Joint Debtor Kristin Lynne Younglove ndil@geracilaw.com
              Jason A. Kara    on behalf of Debtor Kip Martin Younglove ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 7
```