UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
YOUNGLOVE, KIP MARTIN § Case No. 10-32516
YOUNGLOVE, KRISTIN LYNNE §
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 15,700.00<br>*(Without deducting any secured claims)* | Assets Exempt: 13,775.00 |
| Total Distributions to Claimants: 4,390.73 | Claims Discharged<br>Without Payment: 0.00 |
| Total Expenses of Administration: 100,678.12 | |

3) Total gross receipts of $ 236,410.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 131,341.15 (see **Exhibit 2**), yielded net receipts of $ 105,068.85 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 100,678.12 | 100,678.12 | 100,678.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 4,324.77 | 4,324.77 | 4,390.73 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 105,002.89 | $ 105,002.89 | $ 105,068.85 |

4) This case was originally filed under chapter 7 on 07/22/2010 . The case was pending for 67 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/07/2016          By:/s/Peter N. Metrou, Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Pending Med Mal case | 1242-000 | 236,410.00 |
| **TOTAL GROSS RECEIPTS** | | **$236,410.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KIP and KRISTIN YOUNGLOVE | Exemptions | 8100-000 | 15,000.00 |
| KIP MARTIN YOUNGLOVE | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 116,341.15 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 131,341.15** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | 2100-000 | NA | 8,503.44 | 8,503.44 | 8,503.44 |
| PETER N METROU | 2200-000 | NA | 59.37 | 59.37 | 59.37 |
| Associated Bank | 2600-000 | NA | 113.35 | 113.35 | 113.35 |
| RAFFERT, LEVIN PAPANTONIO THOMAS MI | 3210-000 | NA | 88,025.00 | 88,025.00 | 88,025.00 |
| RAFFERT, LEVIN PAPANTONIO THOMAS MI | 3220-000 | NA | 3,976.96 | 3,976.96 | 3,976.96 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 100,678.12 | $ 100,678.12 | $ 100,678.12 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 1,460.00 | 1,460.00 | 1,460.00 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 1,294.14 | 1,294.14 | 1,294.14 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 975.57 | 975.57 | 975.57 |
| 000004 | CHASE BANK USA, N.A. | 7200-000 | NA | 595.06 | 595.06 | 595.06 |
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 42.01 |
| | CHASE BANK USA, N.A. | 7990-000 | NA | NA | NA | 9.07 |
| | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7990-000 | NA | NA | NA | 14.88 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 4,324.77 | $ 4,324.77 | $ 4,390.73 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 10-32516   BWB   Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | YOUNGLOVE, KIP MARTIN | Date Filed (f) or Converted (c): | 07/22/10 (f) |
| | YOUNGLOVE, KRISTIN LYNNE | 341(a) Meeting Date: | 08/25/10 |
| For Period Ending: | 01/07/16 | Claims Bar Date: | 03/20/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with DuPage CU | 5.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with 5th 3rd Bank | 85.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with US Bank | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Personal Fianace CO- household goods | 800.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS/COLLECTIBLES | 100.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 50.00 | 0.00 | | 0.00 | FA |
| 8. FURS AND JEWELRY | 350.00 | 0.00 | | 0.00 | FA |
| 9. FIREARMS AND HOBBY EQUIPMENT | 85.00 | 0.00 | | 0.00 | FA |
| 10. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 11. PENSION / PROFIT SHARING | 6,000.00 | 0.00 | | 0.00 | FA |
| 12. PENSION / PROFIT SHARING | Unknown | 0.00 | | 0.00 | FA |
| 13. 2002 Jeep Wrangler | 8,450.00 | 0.00 | | 0.00 | FA |
| 14. 2004 Mitsubishi Galant | 8,850.00 | 0.00 | | 0.00 | FA |
| 15. 1998 Ford Ranger | 700.00 | 0.00 | | 0.00 | FA |
| 16. Pending Med Mal case (u) | Unknown | 236,410.00 | | 236,410.00 | FA |
| 17. Family Pets/Animals | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $29,475.00 | $236,410.00 | | $236,410.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case re-opened 12-12-14 to administer med malpractice case; settlement in progress.

LFORM1

UST Form 101-7-TDR (10/1/2010)  (Page: 6)

Ver: 19.05a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 10-32516   BWB   Judge: BRUCE W. BLACK | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: YOUNGLOVE, KIP MARTIN | Date Filed (f) or Converted (c): 07/22/10 (f) |
| YOUNGLOVE, KRISTIN LYNNE | 341(a) Meeting Date: 08/25/10 |
| | Claims Bar Date: 03/20/15 |

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-32516 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | YOUNGLOVE, KIP MARTIN | Bank Name: | Associated Bank |
| | YOUNGLOVE, KRISTIN LYNNE | Account Number / CD #: | *******5389 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5974 | | |
| For Period Ending: | 01/07/16 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 71,065,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/21/15 | 16 | US ASR HIP SETTLEMENT P.O. Box 26078 Richmond, VA 23260 | SETTLEMENT, US ASR HIP | 1242-000 | 236,410.00 | | 236,410.00 |
| 10/03/15 | 005001 | KIP and KRISTIN YOUNGLOVE 10209 Edgewood Drive Anderson Island, WA 98303 | DEBTOR EXEMPTION | 8100-000 | | 15,000.00 | 221,410.00 |
| 10/03/15 | 005002 | Levin Papantonio Thomas Mitchell Raffert 316 S. Baylen Street, Suite 600 Pensacola, FL 32502-5996 | Special Csl Fees & Costs per o/c 5-29-15 | | | 92,001.96 | 129,408.04 |
| | | | Fees 88,025.00 | 3210-000 | | | |
| | | | Expenses 3,976.96 | 3220-000 | | | |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 113.35 | 129,294.69 |
| 12/14/15 | 005003 | PETER N METROU 123 W. WASHINGTON STREET SUITE 216 OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 8,562.81 | 120,731.88 |
| | | | Fees 8,503.44 | 2100-000 | | | |
| | | | Expenses 59.37 | 2200-000 | | | |
| 12/14/15 | 005004 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000001, Payment 101.52534% | | | 1,482.27 | 119,249.61 |
| | | | Claim 1,460.00 | 7100-000 | | | |
| | | | Interest 22.27 | 7990-000 | | | |
| 12/14/15 | 005005 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000002, Payment 101.52534% | | | 1,313.88 | 117,935.73 |
| | | | Claim 1,294.14 | 7100-000 | | | |
| | | | Interest 19.74 | 7990-000 | | | |
| | | | Page Subtotals | | 236,410.00 | 118,474.27 | |

Ver: 19.05a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-32516 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | YOUNGLOVE, KIP MARTIN | | Bank Name: | Associated Bank |
| | YOUNGLOVE, KRISTIN LYNNE | | Account Number / CD #: | *******5389 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5974 | | | |
| For Period Ending: | 01/07/16 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 71,065,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/14/15 | 005006 | PYOD, LLC its successors and assigns as assignee of Roundup Funding L.L.C. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000003, Payment 101.52526% | | | 990.45 | 116,945.28 |
| | | | Claim       975.57 | 7100-000 | | | |
| | | | Interest      14.88 | 7990-000 | | | |
| 12/14/15 | 005007 | Chase Bank USA, N.A. Attn Correspondence Dept PO Box 15298 Wilmington, DE 19850-5298 | Claim 000004, Payment 101.52422% | | | 604.13 | 116,341.15 |
| | | | Claim       595.06 | 7200-000 | | | |
| | | | Interest       9.07 | 7990-000 | | | |
| 12/14/15 | 005008 | KIP MARTIN YOUNGLOVE 10209 Edgewood Drive Anderson Island, WA 98303 | Surplus Funds | 8200-002 | | 116,341.15 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 236,410.00 | 236,410.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 236,410.00 | 236,410.00 | |
| Less: Payments to Debtors | | 131,341.15 | |
| Net | 236,410.00 | 105,068.85 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******5389 | 236,410.00 | 105,068.85 | 0.00 |
| | 236,410.00 | 105,068.85 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals                0.00           117,935.73

Ver: 19.05a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-32516 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | YOUNGLOVE, KIP MARTIN | Bank Name: | Associated Bank |
| | YOUNGLOVE, KRISTIN LYNNE | Account Number / CD #: | *******5389 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5974 | | |
| For Period Ending: | 01/07/16 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 71,065,000.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - *******5389 | | Transfers) | To Debtors) | On Hand |

Page Subtotals     0.00     0.00

Ver: 19.05a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*